# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

INGINIO HERNANDEZ

    Plaintiff,

vs.

PUL MALAY, et al.,

    Defendants.

Case No. 3:12-CV-00357-PMP-(VPC)

**ORDER**

    Plaintiff, who is a prisoner in custody at Ely State Prison, see 28 U.S.C. § 1915(h), has submitted a document titled "Notice of Intention to File as Claim" that the court construes as a complaint. The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

1  IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's
2  commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete
3  application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a
4  statement of his inmate account. The clerk of the court shall enter judgment accordingly.
5  DATED: July 13, 2012

_____
PHILIP M. PRO
United States District Judge